No. 92–6142. BLAIR-BEY ET AL. *v.* NIX, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 92–6144. BLAIR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 92–6148. FERNANDEZ *v.* WELLS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–6152. OWEN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 92–6153. YOUNG *v.* PASKETT, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 92–6154. BAKER *v.* BANCROFT & MARTIN, INC., ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 92–6159. GARBETT *v.* MYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6161. HENDERSON *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 92–6162. ALEXANDER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–6164. PIERCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–6165. WILLIAMSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 92–6167. MORAS-MORAQUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–6168. MCCLEARY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–6169. TYLER *v.* PERRIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6172. SINGLETON *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.